

## NUMBERS 13-08-00414-CV and 13-08-00415-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

RENE ANZALDUA D/B/A ANZALDUA BAIL BONDS,          Appellant,

v.

THE STATE OF TEXAS,          Appellee.

### On appeal from the 389th District Court of Hidalgo County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Appellant, Rene Anzaldua d/b/a Anzaldua Bail Bonds, perfected appeals from a judgments entered by the 389th District Court of Hidalgo County, Texas, in cause numbers CR-3230-06-H(N) and CR-3239-06-H(N). Appellant has filed a motion to dismiss the appeals on grounds that the State of Texas has disposed of the case and recalled the

Judgment NISI pending before this court. Appellant requests that this Court dismiss these appeals.

The Court, having considered the documents on file and appellant's motion to dismiss the appeals, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeals are hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeals at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and filed
this the 23rd day of October, 2008.